George Torgun (Bar No. 222085)
Sejal Choksi-Chugh (Bar No. 222093)
SAN FRANCISCO BAYKEEPER
785 Market Street, Suite 850
San Francisco, California 94103
Telephone: (415) 856-0444
Facsimile: (415) 856-0443
Email: george@baykeeper.org
Email: sejal@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MARINE EXPRESS, Inc.,<br><br>    Defendant. | Case No. C-13-5550-JCS<br><br>**MOTION TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER**<br><br>Judge: Hon. Joseph C. Spero |

WHEREAS, on Dec 2, 2013, Plaintiff San Francisco Baykeeper filed the above-entitled complaint;

WHEREAS, Plaintiff postponed serving Defendant Marine Express, Inc. with the complaint in good-faith pursuit of settlement to avoid the need for litigation;

WHEREAS, Plaintiff and Defendant are continuing to engage in settlement negotiations and anticipate reaching a settlement within the next month;

WHEREAS, the Initial Case Management Conference is scheduled for February 28, 2014, at 1:30 pm;

WHEREAS, the Scheduling Order states that if the Initial Case Management Conference is

1. continued, the other deadlines are continued accordingly;

2. WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the Case Management Conference for March 28, 2014, at 1:30 pm, or at such later date that is convenient for the Court, in order to give the Parties a chance to complete settlement negotiations without involving the resources of the Court;

WHEREAS, Plaintiff requests, upon the Court's approval, to reschedule the deadlines to file an ADR Certification and to file a Rule 26(f) Report to align with the new proposed Case Management Conference date;

WHEREFORE, Plaintiff respectfully requests the Court to approve and enter the Proposed Order below.

Dated: January 31, 2014

                Respectfully submitted,

                SAN FRANCISCO BAYKEEPER

                By:  /s/ *Sejal Choksi-Chugh*
                    Sejal Choksi-Chugh
                    Attorney for Plaintiff
                    SAN FRANCISCO BAYKEEPER

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Case Management Conference set for February 28, 2014, is rescheduled for March 28, 2014 at 1:30 pm, and all associated deadlines be moved accordingly.

IT IS SO ORDERED.

NORTHERN DISTRICT COURT OF CALIFORNIA

Dated: 2/3/14

United States

*Judge Joseph C. Spero*